UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA



Antonio L. Williams Jr.
name of plaintiff(s)

CIVIL ACTION

versus

NO._____ )

Waffle House
name of defendant(s)

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   N/A

2. Plaintiff, Antonio L Williams Jr. resides at
   969 Monet Dr Apt #305, Baton Rouge,
   street address                city
   East Baton Rouge, LA, 70806, 225-288-3065
   parish            state  zip code  telephone number

   (if more than one plaintiff, provide the same information for each plaintiff below)

3. Defendant, James Williams Waffle House lives at, or
   its business is located at 969 Monet Dr Apt #305,
                              street address
   Baton Rouge, East Baton Rouge, LA,
   city             parish          state
   70806, 225-288-3065.
   zip code  telephone number

<small>Case 3:10-cv-00357-CN   Document 1   05/21/10   Page 1 of 14</small>

(if more than one defendant, provide the same information for each defendant below)

4. Statement of claim ( State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Case is based on sex, race, and retaliation.

5. Prayers for Relief (list what you want the Court to do):

a. I just would like some Justice

b. Would like my money from what they didn't pay me on my check.

c. Getting Peace of mind and dignity Back.

d.

I (we) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this __May__ day of __21st__, 20_10_

_Antonio Williams_

(signature of plaintiff (s))

I worked my scheduled shift on Friday, March 20th, 2009 at 7:00am, the manager, James Williams, was terminated (per Maria Geordias, District Manager) and I had to assist and make sure the Manager In Training, Marshall Cormier was capable of doing shift change and other tasks at hand. Later on in the work day, Maria Geordias, District Manager came by the store to talk to me about covering two shifts on Saturday and another topic that she stated we need to discuss in the backroom. I agreed to work the 7am – 2pm shift and the 9pm – 7am shift. Maria brought me to the backroom and asked me if I was in gay relationship with the Manager that was just terminated, James Williams, she stated that it looked pretty strange that we had the same address in the computer system. So explained to her first of all I am not gay and that when I was hired I didn't have a physical address so the manager, James Williams told me he was use his address because I had to have a physical address in the system to be hired. I asked Maria, Where are you getting this from? And she replied that Pat Leary, Regional Manager told her to ask me about this. Well I worked Saturday March 21st, 2009 for the $1^{st(7am-2p)}$ and $3^{rd(9p-7a)}$ shifts, I had to do payroll Sunday morning and I spoke to Maria about my schedule for the new week starting, Wednesday, March 25, 2009, Maria told me to take off Monday and Tuesday since I worked the double shift and give her a call on Monday and Tuesday about my schedule. I had made several attempts to contact Maria Geordias in referenece to my schedule (Have attached phone records) on Monday (3/23) and Tuesday (3/24) and I didn't get an answer. I even call the Port Allen and Brusly Waffle House stores to locate her when I called the Port Allen store I was told the schedule wasn't done no one knew about the schedule or her where-about. So finally, I got in contact with Maria and I asked her about my schedule and she stated to me that per Pat Leary, Regional Manager, and "He did not want me on the schedule period!" I asked Maria repeatedly to tell me why and all she could say, "She has to do what her boss tells her to do." After hearing this I called Pat Leary myself to find out what was going on. After calling him many of a time I finally got in contact with him and that's where we are now, I still have no answer why I was taken off the schedule.

PLEASE SEE ATTACHED SHEETS

I was scheduled to work on Sunday, but I did a double shift on Sat (3/21), prior to that I worked Fri (3/20) my regular scheduled shift (7a-2p) but I stayed over a little bit then I left. I left knowing I had to work a double on Saturday and that I needed to go home and get some rest, I had no idea that I was about to terminated. I worked Saturday, did my double shift and Sunday morning I had to do payroll because the Manager in Training, Marshall Cormier didn't know how to, after speaking to Maria that morning she told me to stay until everyone was paid and that I needed to call her for my schedule either Monday or Tuesday. The schedule normally is out by Tuesday for that new week. Maria took me off schedule Monday and Tuesday and told me I was over working myself and I needed a break. I called Maria on the 24th of March at 2:03pm, I didn't get an answer, I called the Port Allen store at 2:05pm, and the Relief Manager, Winchell answered the phone, I asked her if I was on the schedule and I was trying to get in contact with Maria and that Maria was not answering her phone, Winchell stated to me that she will call Maria now and see what's going on, I told her okay and thanks. I called Winchell back at 2:17pm and she stated to me that I wasn't on the schedule and that I need to get in contact with Pat Leary. I called the corporate office at 2:51pm to talk with Pat Leary, I didn't get an answer, I then proceeded to call my store manager at the time James Williams, to see what time does Pat Leary normally leaves the office, James stated to me that Pat normally isn't in the office around that time and I need to call him tomorrow. I waited the next day on Thursday, March 26, 2009 and I called Pat Leary at 11:45am for 2mins, I left a voicemail and I asked could he please call me. I called him again at 1:43pm and still no answer and this is when the harassment started from Pat Leary on 3/26/09 at 1:49pm. I didn't answer until that 4th phone call I received from him at 1:50pm I answered my phone and that's when all the name calling started and he said to me I was gay black punk then he stated "that's why I don't hire people like ya'll," I asked him what he meant by that? He said you heard what I said "young black people." After speaking on the phone with him I called my sister, Shanda Smith and told her about the incident and I called James Williams on 3/26 at 7:31pm, they both told me that those comments were racial slurs and I should do something about it. Pat Leary was taking work out on me.
I spoke to Ms Liz(employee at WH) at 12:43pm on 3/29 for 10 minutes, I asked her could I speak to Marshall Cormier, (acting Store Manager at the time), she told me to hold on and put me on hold for 5 minutes. Marshall finally came to the phone and I told him I was trying to get in contact with Maria about my schedule, and is the schedule out? And me knowing the schedule should be out right now, Marshall says the schedule is out but you need to call Maria. I then called Maria again at 1:03pm it went to voicemail again. Maria wouldn't answer any of my phone calls. I called the store again at 1:06pm, spoke to Marshall again and he told me to stop calling the fucking store you punk then he started arguing on the phone and then hung up.
Then I called Pat Leary at 1:11pm on 3/29/09 I didn't get an answer and I kept calling him until he picked up the phone at 1:13pm that conversation went too far, pat started calling me a black gay punk, making racial slurs to me, example "just because ya'll have a black president in office doesn't mean you can get your way" this is when I wanted to fight and got very upset, I had to call my mother after that conversation. I finished talking to Pat Leary at 1:17pm Pat gave me a location to meet him, I didn't go and my mom told me to handle that the right way. I then spoke to Shondell (employee WH) at 2:44pm she wouldn't say much but she said that Marshall Cormier wanted to fight me and that he is

telling customers rumors and thing about me. Shondell told me that everything is going to be okay and Pat Leary got his coming.
On 4/1/09 I called the corporate office in Atlanta (Franchise Payroll) at 12:48pm about my paycheck; she stated to me I couldn't get my paycheck unless Maria Geordias released it.
At 12:53pm I talked to Tina, they had finally released my paycheck, and once I received my paycheck my pay rate was reduced to 6.55 per hour from 8.50 per hour and there was no overtime paid. When I contacted Pat Leary about my paycheck, he told me to contact the labor board unemployment.


Statement Done by


Antonio L Williams, Jr.

Feb. 27, 2010 accident happen at work where my sister work at. It was stated that MARSHAL he went to her Job and tried to start mess with her about James and me. How he still wanted to fight us. And we were gay and that Pat Leary regional manager gave him authority to kick our ass when he see us.

James received a phone call from recent managers and friends on Tuesday, April the 20th
pertaining his job. Jason quoted to him that Pat will allow him to come back only if he signed a sheet stating that he can not sue against him in court and that he would pay James a little more money to come back if he wants to work.

I feel that I have been discriminated against based on race, sex, and retaliation. I have been humiliated in every way and have been suffering for some time now. I am currently seeking help for what has happen to me mentally, physically, and emotionally. I've never been through anything like this before and it is very sad that we still have discrimination in today's society. Maybe it's just me but we are heading toward the future of possibilities and bigger dreams. Some people in this world don't want that. Some people are scared of change. Pat Leary has put me through so much pain. Pat Leary made sure that I wouldn't be able to make it. That was his exact words to me and told me to call whoever the hell I wanted to. This is after I reported him to several people that he was using words and racial slurs toward me. After it had gotten to Pat Leary that I was going to report him to the EEOC and Louisiana Workforce Commission he laughed at me. He told me that no one would listen to me. I started to believe that maybe he was right. I tried to get help in many ways and it seem like nothing was working. I first called the Louisiana Commission on Human Rights, who seemed not to help me in the first. I had to fight my way through something I knew was going to be a hard task after dealing with them on the phone. I Spoke with Crystal Davis, who was my representative in this case. I spoke with her and literally explain to her what has happen. She seem like she didn't want to listen to nothing I had to say. I started crying and I just keep talking until she finally wanted to listen and told me what I had to do. I suppose maybe she thought I was lien. I told her there was no reason to lie on a situation that happen to me and that I clearly wouldn't be wasting my time if it was a lie. I have too much to worry about in this world making it alone with my parents not being there then to collaborate on a lie. After speaking with her she stated that I should just solely base this on sex. I didn't understand why when I told her about racial slurs he has made and how he used the word nigger. I know when the word nigger has been used inappropriately. George Simpson is who I contacted when the decision came back to me that they found no such allegations. I clearly didn't understand why. I called George Simpson and stated to him that I wanted an appeal on this case. He then stated that I was ignorant and hollered at me. When he done this I stated to myself, "did this man really investigate or did he just have coffee and donuts at a table and looked at my paper and made a ruling." My race is black. I know that and I can't change what color God has made me to be. I grew up with those words beings used badly to either hurt are put someone down. Then after going through that I tried getting unemployment. Wow, that also was a hassle when I've never been turned down. I was being played with by Pat Leary. He stated that he would do anything to see me go down. That he was doing very well. We had three appeals on my case and they still ruled me out and I couldn't quite understand why. I've never been turned down when collecting money to help me with bills and food until I have gotten on my feet. Got unemployment after a woman called me from the office. I'm assuming she was a worker there. She talked to me and told me that Pat Leary was stating that I had quit, when knowing in my heart I was fired. After talking with her she stated to me do I have anything to conclude to that. I stated I didn't quit I was fired and that I needed help with paying my bills. I was getting to many phone calls in for bills I had to pay. Lights were being cut off, and car taking away from me and other things was happening. I couldn't bare the conversation and started to cry. She was a very nice lady and she told me, I believe you. That was the most positive words I was told to in the three to four months of what I was going through. After I explained to her what was going on and what happen she granted me my unemployment until Pat Leary step in. Wow, I didn't even get enough yet to help me with my bills to be caught up. See I understand unemployment is not meant to make you rich. It's meant to help you with what you're going through until you get back on your feet. Yes it's a struggle

because you don't get that much. I can honestly state this from the bottom of my heart. There's not one program from the government that I would take advantage of. There are people out there that need that and wouldn't dare take that away from them. All my life has been a struggle, but I can say that I am grateful. My mom and dad didn't have much and for Christmas we got nothing. I grew up in my life settling for less than more. So why would I take advantage of a system of need only and is the last solution if all others failed. My benefits were taking away from me and so were other things like life. I had no reason to live after me losing my apartment knowing what I been through in my childhood. I really needed serious help at the time and I was falling down mentally, emotionally, and physically. Things that happen in your life can affect you in many ways. I been let down by my father for many years growing up and didn't think I could ever make it in this world. I had no one to help me. Growing up in this world along isn't easy. I called Pat Leary and I asked him why me. After he stated to me that, "you're coming after me and I'll make sure you'll go down. My last paycheck also was tampered with. I was making 8.50 to 9.00 an hour depending on if I had to manage my shift or not. When I received my last paycheck stub, after I had to fight for it only to see that my last pay was 6.55 and my overtime wasn't there. I knew that something about this man isn't right. I had talked to others about this and they said the same thing happen to them. Those people were literally my family that worked there and co-workers. Something this man been doing for years and have gotten away with it and was very happy. He also wasn't paying people there over time and was teaching his managers how to do this. Then that's when people started to talk about his practices in this company. Waffle House is struggling to get people in there because of its practices. After doing things like this for years you start to lose people. He came after me along with his manager Marshall who stated the only reason why he goes out with black women is because he beats them. This man came to work with bruises and black eyes and would state I beat that nigger up. A phrase that didn't go well with anyone that worked there. No one had been brave enough to go through with what is right. Pat Leary has really made my life hell. Making statements like you will never be anything because of the color of your skin. That hurt me so bad to know that people are still like this. I'm going to keep fighting for what is right. In the end, that is what matters.

EEOC Form 161 (2/08)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Antonio Williams<br>969 Monet Drive, Apt #205<br>Baton Rouge, LA 70806 | From: | Louisiana Commission On Human Rights<br>P.O. Box 94094<br>Baton Rouge, LA 70804 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 27A-2009-00034 | George Simpson, Investigator | (225) 342-6969 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS AND APPEAL -
*(See the additional information attached to this form.)*

**Appeal:** As your charge was filed under [Title VII of the Civil Rights Act (and/or) the ADA (and the ADEA], which (is/are) enforced by the EEOC, you have the right to request EEOC review of this action. To secure a review, you must request it in writing to U.S. EEOC New Orleans Field Office at 1555 Poydras, Suite 1900 NO, LA 70112. Your request must be submitted within 15 days of the date of this letter.

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

_Loyce Pierce Wright_ — 2/25/10
Loyce Pierce Wright,
Executive Director
(Date Mailed)

Enclosures(s)

cc: WAFFLE HOUSE
MATTHEW W. STILES, ATTORNEY
2021 THIRD AVENUE NORTH
BIRMINGHAM, AL 35203

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit <u>before 7/1/02</u> – *not* 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** - **Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** - **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

BOBBY JINDAL
Governor

Loyce Pierce Wright
Executive Director



## State of Louisiana
### Office of the Governor
### LOUISIANA COMMISSION ON HUMAN RIGHTS

Antonio Williams
969 Monet Drive
Baton Rouge, Louisiana 70806

RE: Antonio Williams v. Waffle House

Dear Mr. Williams:

    Enclosed is the charge of discrimination drafted from the information you provided. This charge must be signed and returned to this office before we can begin processing your complaint. Please return the completed form within 30 days of receipt of this letter to the Louisiana Commission on Human Rights, Post Office Box 94094, Baton Rouge, Louisiana 70804.

    If we have not received this information within 30 days of receipt, this office will issue an administrative closure. If there are any discrepancies in the information contained in the charge please make the necessary correction and initial the correction. Your assigned investigator will contact you in the near future.

    If you have any questions concerning this correspondence, please do not hesitate to contact this office at (225)342-6969 between the hours of 8:00 a.m. and 4:30 p.m., Monday through Friday.

Yours truly,

5/22/09
Date

*Loyce Pierce Wright*
Loyce Pierce Wright
Executive Director, LCHR

*Crystal Davis was my represent. in Baton Rouge.*

LPW/csd
Enclosure

---

Post Office Box 94094 Baton Rouge, Louisiana 70804 □ Telephone (225) 342-6969 □ Facsimile (225) 342-2063
*AAn Equal Opportunity Employer@*

Case 3:10-cv-00357-CN   Document 1   05/21/10   Page 11 of 14

I hate black gay people stated, by Pat Leary has really made a turn around in my life. By me working at Waffle House it has shown me a lot about the world. How black and white still refuse to get alone till this day is something I guess I will never understand. Pat Leary regional manager has accused me of being a homosexual and sleeping with my boss. Not only have he accused me of such allegations the statements and remarks he have made make me to believe that Pat Leary has being playing a role in discrimination not only with me but others that have worked there as well. Pat Leary has used the word *Nigger* several times. Pat Leary stated that I will never be nothing in life and that I cant change who I am. When I asked him what he meant he stated, "By me being black I will never make it. He also told me to call the Labor Board and report him and the EEOC and who ever else I wanted to call. He stated that he has been taking money back from people for years and that he had several complaints on him. He stated no one will listen to me. Also Pat Leary has made racial slurs about the president around me that I believe he meant for me to hear. I can care less who was elected in my opinion I just want them to fixed the problems we have in today's society. Several customers also heard what was said but I tried not to acknowledge it. Being that is his opinion and people are entitled to that. But when you start saying the word Nigger in office that means a whole lot to me. Pat Leary has harassed me on several a occasions. He stated that I could meet him and the new manager Marshall who became very close friends to one another outside and he would show me what he can do with me. He had several people bring me to the back managers and employees to ask me questions about my life. This includes district manager Mariah Gordais. He also have made phone calls to James Williams family and left them a voicemail message about there son. Which at the time was my store manager. Others that where involved are Shirly, Shanda, Tommie, Shondell, Marshall, James. I only have contact with two people and later when I contacted the store In Port Allen it was stated by several employees that they were fired and that Pat Leary himself was clearing them out whatever that meant. Pat Leary said that so many black people have tried to sue him or claim they would but didn't have the guts to go through it. That we live in a state where none of this matters. I guess he was referring to discrimination. He stated that Louisiana is an at will state and that I can fire your black ass at anytime. He also made it his duty to see me suffer such as making sure my employment was cut off. There were several that got fired who were openly gay that worked for Waffle House. Pat Leary has also taught his managers to hate what he hate and he is doing a great job of it. Pat Leary also have braved several managers to come back to the store and positions they were in as long as they sign a sheet of paper that will allow them not to sue against him or disclose any information against him that may hurt him. On August 20th James Williams received a phone call from a recent rehired manager. James Williams work for Pat Leary for 3 years. Out of those 3 years James Williams worked underneath Pat Leary for 2 years being the HR Director for the company. James Williams knows a lot of information I assume. The rehired manager was Jason who called James. The conversation was quit simple. That if James Williams doesn't sue him for anything that he would allow him to come back and offered him top dollars. James refused the offer. James noticed that he would also treated African-Americans a lot different from what he would if they were Caucasian. Pat stated to James one afternoon that he was hiring to many blacks and others races and that he should hire more whites. Pat stated that was the problem with all his stores to many blacks. According to others James hired equally whites and blacks. So I assume by James Williams being on his team at the time of the law suit would have made him look good I guess. My pay was tampered with along with my dignity. I was embarrassed of how Pat Leary went around with allegations about me that I didn't like. I was harassed even outside of work by employees. My window in my car have been busted and my car has been scraped on the side. A note was on my car that stated we don't accept blacks fags at Waffle House. Then later after that maybe like two weeks after that my tires were slashed over a rumor that was started with Pat Leary.

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[X] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>090501005<br>27A-2009-00034 |
|---|---|---|

Louisiana Commission On Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Antonio Williams | Home Phone (Incl. Area Code)<br>(225) 288-3065 | Date of Birth<br>02-13-1985 |
|---|---|---|
| Street Address<br>969 Monet Drive Apartment 207 | City, State and ZIP Code<br>Baton Rouge, LA 70806 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>WAFFLE HOUSE | No. Employees, Members<br>201 - 500 | Phone No. (Include Area Code)<br>(225) 927-6234 |
|---|---|---|
| Street Address<br>2363 College Drive | City, State and ZIP Code<br>Baton Rouge, LA 70808 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-20-2009   Latest: 03-20-2009
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with the Respondent on September 20, 2008 as a Assistant Manager. The Respondent employs over 20 employees. On March 20, 2009, I was terminated.

On March 20, 2009, I was allegedly accused of sleeping with James Williams, Supervisor, by Maria Geordias, District Manager. I worked March 21-22, 2009, then Maria Geordias, told me to take off March 23 and 24. Upon calling back to the job for my work schedule, Ms. Geordias informed me that Pat Leary, Regional Manager did not want me on the schedule.

I believe I have been discriminated against based on sex, male and in violation of LSA R. S. seq. and Title VII of the Civil Rights Act of 1964, as amended respectively.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| _June 22, 2009_  _[signature]_<br>Date  Charging Party Signature | |

Case 3:10-cv-00357-CN   Document 1   05/21/10   Page 13 of 14

| CODE | Social Security Number | Name | Serial Number | Pay Date | Period Ending |
|---|---|---|---|---|---|
| U 389 | ***-**-4962 | WILLIAMS ANTONIO L. | 00701139 | 4/03/09 | 3/25/09 |

| Department | Net Rate | Code | Hours | Gross Earnings | Tax Deductions Type | Current Period | Year to Date | Other Deductions Type | Current Period | Year to Date | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| U 389 | 6.55 | ~~REG~~ | 31.2 | 204.36 | FTX | 5.31 | 710.07 | MC | 11.00 | 195.30 | |
| U 389 | 6.55 | REG | 7.8 | 51.09 | FICA | 18.70 | 611.93 | TC | 0.00 | 19.80 | |
| | | | | | LA | 2.56 | 217.59 | | | | |

| | Totals | 255.45 | | | 26.57 | | | 11.00 | | 217.88 |
|---|---|---|---|---|---|---|---|---|---|---|

| Gross Earnings Year to Date | 8,194.13 |
|---|---|

**PLEASE REFER ALL QUESTIONS CONCERNING THIS CHECK TO OPERATIONS MGMT.
NET RATE -- GROSS HOURLY RATE -- (TIP CREDIT IF APPLICABLE)**

The Waffle House System is committed to equal employment opportunities for all persons regardless of age, race, color, religion, sex, disability, pregnancy or national origin. If you feel that you have been subjected to unlawful sexual or other harassment, discrimination, or retaliation, follow the posted procedures in your restaurant for reporting these incidents and notify your Franchise Owner shown above.
You may have the right to a Leave of Absence under the Family Medical Leave Act(FMLA) of 1993. Please see "Your Rights" posted in your restaurant or contact your Franchise owner shown above. Your Franchise Owner may offer group medical or other benefits. Ask your manager for details or contact your Franchise Owner shown above.

0914 0111- 1

Handwritten annotations:

I called Maria G. the District manager in Charge who accused me that second I was gay ~~my~~ My hours was wrong and my bonuses for my work me I wasn't on this check. Maria G. then added 76.8 hrs. called. that I at least worked 70 hrs and could not justify my overtime or my Bonuses because they don't pay me with my "kind." meaning "Black gay people" She said this after I asked her what she meant by the word that kind." That's when she shouted out "Black gay people." Other on my pay check stubs means a bonus or holiday pay if it doesn't say that all ready.

Case 3:10-cv-00357-CN   Document 1   05/21/10   Page 14 of 14