UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTONIO L. WILLIAMS, JR.

VERSUS

WAFFLE HOUSE

CIVIL ACTION

NO.  10-357-JJB-CN

# O R D E R

A scheduling conference was held September 9, 2010.

**PRESENT:** **Antonio L. Williams, Jr.**
Pro Se Plaintiff

**Jerry L. Stovall, Jr.**
Counsel for Defendant

**IT IS ORDERED** that in accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. The deadline for amending the complaint, or adding new parties, claims, counterclaims or cross claims:  **October 1, 2010**

2. Deadlines for completion of fact discovery:

    a. Exchanging initial disclosures required by FRCP 26(a)(1):

    **October 1, 2010**

    b. Filing all discovery motions and completing all discovery, except experts:

    **March 1, 2010**

Cv32a; T:30

3. Disclosure of identities and resumes of expert witnesses must be completed as follows:

  **Plaintiff:**    **October 1, 2010**

  **Defendant:**    **November 20, 2010**

4. Expert reports must be submitted to opposing parties as follows:

  **Plaintiff:**    **October 1, 2010**

  **Defendant:**    **November 20, 2010**

5. Experts may be deposed **through February 28, 2011**

6. All dispositive motions must be filed **on or before March 31, 2011.**

No other conferences were set and the record will be reviewed after the March 31, 2011, motion deadline.

Signed in chambers in Baton Rouge, Louisiana, September 9, 2010.

_____
**MAGISTRATE JUDGE CHRISTINE NOLAND**

Cv32a; T:30